————o————

G. H. CONOVER, et al., Appellants, vs. W. J. BERDINE, Respondent.

1. Dismissed for want of a final judgment in the court below.

*Appeal from Jackson Circuit Court.*

*J. E. Havens,* for Appellants.

*A. A. Tomlinson,* for Respondent.

SHERWOOD, Judge, delivered the opinion of the court.

From aught that appears from the record, this cause is still pending in the trial court, as there is no final judgment. The appeal is therefore dismissed. Judge Vories absent; the other judges concur.